UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVON SURRATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-01134-HHK |
| | ) |
| CLYDE'S OF GALLERY PLACE, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

NOW COMES the Plaintiff LAVON SURRATT, by his attorneys, and pursuant to Fed. R. Civ. P. 41, hereby voluntarily dismisses this case with prejudice and without costs, as settled.

Dated: November 3, 2010                Respectfully submitted,

                                                        LAVON SURRATT


                                                        ___/s/ Steven N. Berk_____
                                                        By one of his attorneys


Alan Lescht (DC Bar No. 441691)
Susan L. Kruger (DC Bar No. 414566)
ALAN LESCHT & ASSOCIATES, P.C.
1050 17th St., NW, Suite 400
Washington, DC 20036
Tel: (202) 463-6036
Fax: (202) 463-6067


Steven N. Berk (DC Bar No. 432870)
BERK LAW PLLC
1225 15th St., NW
Washington, DC 20005
Tel: (202) 232-7550
Fax: (202) 232-7556